1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Martin Zurada (SBN# 218235)
Venardi Zurada LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905
mzurada@vefirm.com

Attorney for Plaintiff,
JOE HAND PROMOTIONS, INC.

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

**CASE NO.: 2:13-CV-01549-JAM-EFB**

**JOE HAND PROMOTIONS, INC.,**           )
        **Plaintiff,**           )
                   )
**v.**           )
                   )
**KALBIR K. JOHL, individually, and d/b/a**           )
**MCHENRY BAR & RESTAURANT;**           )
**PARAMPAL SINGH, individually, and**           )
**d/b/a MCHENRY BAR &**           )
**RESTAURANT; MCHENRY BAR &**           )
**RESTAURANT, a business entity, form**           )
**unknown**           )
                   )
        **Defendants.**           )
_____           )

**JOINT STIPULATION AND ORDER OF DISMISSAL**

**JOINT STIPULATION AND ORDER OF DISMISSAL**

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that Plaintiff JOE

HAND PROMOTIONS, INC. dismisses without prejudice its lawsuit against KALIBIR K.

JOHL **only**. The parties further stipulate that each shall be responsible for bearing their own expenses, costs of litigation and attorneys' fees.


Dated:   February 20, 2014




__/s/ Martin Zurada_____          __/s/ Michel Rouhani_____

Martin Zurada                          Michel Rouhani

Venardi Zurada LLP                     Law Offices of Michel J. Rouhani

*Attorney for Plaintiff*                 *Attorney for Defendants*




IT IS SO ORDERED on this 21st day of February, 2014.


                                      /s/ John A. Mendez_____

                                      John A. Mendez

                                      United States District Court Judge