Martin Zurada (SBN# 218235)
Venardi Zurada LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

Attorney for Plaintiff,
JOE HAND PROMOTIONS, INC.

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

**CASE NO.: 2:13-CV-01549-JAM-EFB**

**JOE HAND PROMOTIONS, INC.,**

    **Plaintiff,**

**v.**

**KALBIR K. JOHL, individually, and d/b/a MCHENRY BAR & RESTAURANT; PARAMPAL SINGH, individually, and d/b/a MCHENRY BAR & RESTAURANT; MCHENRY BAR & RESTAURANT, a business entity, form unknown**

    **Defendants.**

**JOINT STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel, hereby stipulate that Plaintiff JOE HAND PROMOTIONS, INC. dismisses with prejudice this entire action against KALBIR K. JOHL, individually, and d/b/a MCHENRY BAR & RESTAURANT; PARAMPAL SINGH, individually, and d/b/a MCHENRY BAR &

RESTAURANT; and MCHENRY BAR & RESTAURANT, a business entity, form unknown.

The parties further stipulate that each shall be responsible for bearing their own expenses, costs of litigation, and attorneys' fees.

This 18th day of April, 2014.

Dated: April 18, 2014

/s/Martin Zurada
Martin Zurada, Esq.
Attorney for Plaintiff:
Joe Hand Promotions, Inc.

Dated: April 18, 2014

   /s/ Michel Rouhani

Michel Rouhani, Esq.
Attorney for Defendants

IT IS SO ORDERED on this 21st day of April, 2014

/s/ John A. Mendez

Hon. John A. Mendez

*Joe Hand Promotions v. Kalbir Johl, et al.*
**JOINT STIPULATION AND ORDER OF DISMISSAL**